AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Ackerman, Timothy et al.

*Plaintiff(s)*

v.

3M Company, et al.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

3M Company f/k/a Minnesota Mining and Manufacturing Company
Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com

Please See Attachment for Additional Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. London
One State Street, 35th Fl.
New York, NY 10004
(212) 566-7500
mlondon@douglasandlondon.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**SUMMONS IN A CIVIL ACTION**

*Attachment to Form 440*

3M COMPANY
c/o Corporation Trust Company
251 Little Falls Drive
Wilimngton, New Castle, DE 19808

**ADDITIONAL DEFENDANTS:**

**AGC CHEMICALS AMERICAS, INC.**

Corporation Trust Center,
1209 Orange Street, Wilmington, DE 19801

**AMEREX CORPORATION**

**c/o James M. Proctor II**

2900 Highway 280

Suite 300

Birmingham, AL 35223

**ARCHROMA U.S. INC**

c/o The Corporation Trust Company

Corporation Trust Center

1209 Orange Street

Wilmington, DE 19801

**ARKEMA, INC.**
Arkema, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFArkemaService@sidley.com.

**BASF CORPORATION**
BASF Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: Service via email: BASF-AFFF-Service@dlapiper.com.

**BUCKEYE FIRE EQUIPMENT COMPANY**
Buckeye has agreed to accept service of this Complaint via email and regular mail in lieu of the formal requirements via: mcarpenter@gastonlegal.com, msingleton@gastonlegal.com, along with a copy via regular mail to:
Michael L. Carpenter
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.
516 South New Hope Road
Post Office Box 2636
Gastonia, NC 28053

**CARRIER GLOBAL CORPORATION**
Carrier has agreed to accept service of this complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com.

**CHEMDESIGN PRODUCTS, INC**
2 Stanton Street,
Marinette, Wisconsin 54143

**CHEMGUARD, INC.**
Chemguard has agreed to accept service of this Complaint via email in lieu of the formal requirements via: mdlafff@jci.com and afffservice@wc.com.

**CLARIANT CORPORATION**
Clariant Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; and janicestafford@parkerpoe.com.

**CORTEVA, INC.**
Corteva, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFservice@bartlitbeck.com1 .

**DUPONT DE NEMOURS INC. f/k/a DOWDUPONT, INC.**
DuPont de Nemours, Inc. has agreed to accept service of this Complaint via email in lieu of the formal requirements via: AFFFservice@bartlitbeck.com.

**DYNAX CORPORATION**
Dynax Corporation has agreed to accept service of this Complaint via email in lieu of the formal requirements via: kwarner@smithlaw.com, cbrinson@smithlaw.com, aries@smithlaw.com, and cbona@smithlaw.com.

**E. I. DUPONT DE NEMOURS AND COMPANY**
E.I. DuPont de Nemours and Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: DBDWERLKOTTE@shb.com, jhackman@shb.com, and sdrum@shb.com.

**NATIONAL FOAM, INC.**
National Foam has agreed to accept service of this Complaint via email in lieu of the formal requirements via: smithkei@gtlaw.com.

**THE CHEMOURS COMPANY**
The Chemours Company has agreed to accept service of this Complaint via email in lieu of the formal requirements via: DBDWERLKOTTE@shb.com, jhackman@shb.com, and sdrum@shb.com.

**THE CHEMOURS COMPANY FC, LLC**
The Chemours Company FC, LLC has agreed to accept service of this Complaint via email in lieu of the formal requirements via: DBDWERLKOTTE@shb.com, jhackman@shb.com, and sdrum@shb.com.

**TYCO FIRE PRODUCTS LP** (successor-in-interest to The Ansul Company)
Tyco has agreed to accept service of this Complaint via email in lieu of the formal requirements via: mdlafff@jci.com and afffservice@wc.com.

**UTC FIRE & SECURITY AMERICAS CORPORATION, INC**
UTC has agreed to accept service of this complaint via email in lieu of the formal requirements via: KiddeDefendantsAFFF@daypitney.com.